# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

INNOVATIVE DESIGN HOLDINGS, INC.,
a Delaware Corporation,

        Plaintiff,

v.

SACHI TECH, INC, d/b/a PikMyKid,
a Delaware Corporation, and
34ED, LLC., d/b/a/ CENTEGIX,
a Delaware Limited Liability Company,


        Defendants.

**CIVIL ACTION NO.:**


**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff, INNOVATIVE DESIGN HOLDINGS, INC. ("IDH"), a Delaware corporation, by and through the undersigned counsel, hereby files this Complaint for patent infringement against Defendants, SACHI TECH, INC., a Delaware Corporation, d/b/a  PikMyKid ("PikMyKid") and 34ED, LLC, a Delaware limited liability company, d/b/a CENTEGIX ("34ED") (Defendants are collectively referred to as "PMK-34"), and, in so doing, states as follows:

### JURISDICTION, VENUE, AND THE PARTIES

1. This is an action brought pursuant to the Patent Laws of the United States, 35 U.S.C. § 271, *et. seq*.

2. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and

1

1338, as this case involves patent infringement and federal questions arising under the Constitution, laws, or treaties of the United States.

3.    IDH has a principal office located in Fort Lauderdale, Florida.

4.    PikMyKid has a principal address and headquarters located in Tampa, Florida, at 5005 W Laurel St, Suite 204, Tampa, Florida 33607.

5.    34ED has a listed place of business at 2120 Powers Ferry Road, Suite 110, Atlanta GA 30339.

6.    On or about April 7, 2026, 34ED acquired PikMyKid. Defendants PikMyKid and 34ED are collectively referred to herein as "PMK-34." Press releases and online announcements of the April 2026 merger and acquisition explain that: (a) 34ED and PikMyKid are a unified enterprise; (b) post-acquisition, 34ED now manages PikMyKid's student dismissal system; and (c) 34ED has integrated and unified its software-based school safety programs with PikMyKid's student dismissal system. PikMyKid's website explains it is "Powered by Centegix" (34ED's trademarked corporate name).

7.    This action arises as a result of the infringing conduct of PMK-34.

8.    PMK-34, individually and jointly, make, use, sell, and offer for sale, in the United States, including within this District, products and systems that infringe on at least Claim 1 of the '239 Patent.

9.    Venue is proper in the Middle District of Florida pursuant to 28 U.S.C.

2

§§ 1391(b) and (c) and 1400(b). PikMyKid has a principal place of business in this District and a substantial part of the events giving rise to the infringement claims occur within this District. Due to the merger, integration and unification of PikMyKid and 34ED in April 2026, 34ED has an established place of business in PikMyKid's Tampa office. Further with respet to 34ED, a substantial part of the events giving rise to the infringement claims occur in this District.

10.    All conditions precedent have been met, waived, or satisfied to bring this lawsuit.

## GENERAL ALLEGATIONS

11.    IDH is the current owner of Patent No. 9,129,239, the patent in suit (herein the "'239 Patent"), by assignment dated September 8, 2025.

12.    IDH's assignor, Discovery Schools, Inc., is a Florida corporation formed in 2009 which provides management, marketing, human resources, and operational assistance to K – 12 charter schools.

13.    In 2010, Jon T. Rogers ("Tom Rogers" or "Mr. Rogers"), founder of Discovery Schools, Inc., and later, IDH, recognized the importance of coordinating the pick-up of school-aged children at the end of the school day by parents and other caregivers. Mr. Rogers sought to better organize student dismissals to align with the arrival of parents or caregivers in vehicles.

14.    Mr. Rogers wanted a better way to dismiss school-aged children at the

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

end of the day and replace the somewhat chaotic procedure of having children stand near the drive-thru pick-up area while multitudes of cars and other vehicles congregated in essentially the same space on school grounds. He recognized that children of tender age sometimes do not follow instructions and misunderstand traffic flow, patterns, and controls. He also recognized that drivers picking up children were unduly distracted by the chaotic scene of children at the pick-up station or stations.

15.    Mr. Rogers wanted to improve safety, both for the children and the adult drivers, and to ensure that persons picking up these children were authorized to do so by the primary parent(s) or caregiver(s). Additionally, Mr. Rogers sought to improve school-based dismissal monitoring systems then in use during 2010-2012.

16.    Given these issues, Mr. Rogers, in combination with Gordon Mackay, invented and developed a Driver/Parent Arrival Notification System and Method, which uses a combination of hardware and software to collect and organize drivers who pick up students and student information, and to use such information to safely locate and dismiss students upon the arrival of the pickup drivers at school.

17.    One of several now-patented inventions is a system to identify a driver (that is, a parent or guardian) picking up their associated student at school when the student may be in one of several classrooms (e.g., dismissal locations) at school. These dismissal locations have displays (e.g., computer or cellphone-based displays)

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

to announce the student's dismissal upon the system's detecting the arrival of a driver associated with the student. To do so, the driver's vehicle has a mobile code carrier (e.g., a card or a tag or a mobile phone APP) bearing a unique code, which is read by a code reader when the vehicle enters or comes in close proximity to the school campus. The inventive system uses a computer-based system (e.g., with processors and data memory/storage) electronically connected to multiple computer and cellphone displays at the dispersed student dismissal locations (e.g., classrooms) in the school. The computer memory has a data structure (e.g., a database) associating the unique code data with student ID data, the student's parent or guardian (herein the "driver") then arriving at school, and the student's then-dismissal location data (the student's location in one classroom or in one of several of multiple classroom/dismissal locations). Stated differently, the database has the unique driver code data, student ID data, and device/display location data for the student at the student's dismissal location.

18.    Upon arrival to the school, the mobile code carrier on the driver's vehicle or on the driver's mobile phone (via an APP) sends a unique code to the code reader of the inventive system, and uses that information to search the database memory of the inventive system to identify (a) the student associated with the driver, and (b) the assigned location or locations where the student should be located on the school property. Once the driver and student are matched, and the student's location

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

is determined by the database of the inventive system, the system then sends a predetermined message (e.g., "dismiss Student X") which can be viewed on computer or cellphoone-based displays located at the student's dismissal location. The following is an exemplary flow chart of the inventive system:



FIG. 4

19.    The patented system is used by multiple schools in the controlled dismissal of thousands of students on a daily basis.  Utilizing the system as described above, students are dismissed in a safe and orderly manner, allowing the staff to supervise students exiting facilities for pickup. Staff members are better able to ensure a safe student departure procedure because only students associated with authorized drivers are present in the dismissal area. Such a novel system had never

6

been invented prior to its construction by Messrs. Rogers and Mackay. Mr. Rogers collaborated with Mr. Gordan Mackay to fully implement the inventive, patented school dismissal system.

20.    Messrs. Rogers and Mackay filed their patent on March 29, 2012, and the U.S. Patent and Trademark Office ("USPTO") issued a patent on the invention as U.S. Patent No. 9,129,239 entitled "Driver/Parent Arrival Notification System and Method of Notification" ("the '239 Patent") on September 8, 2015. A copy of the '239 Patent is attached hereto as **Exhibit "A-1"**.

21.    On April 3, 2012, Messrs. Rogers and Mackay initially assigned the '239 Patent to Discovery Schools and, on September 8, 2025, Discovery Schools assigned the '239 Patent to IDH. A copy of these Patent Assignments is attached hereto as **Exhibit "B."**

22.    The '239 Patent was reexamined by the USPTO in an Ex Parte Reexamination and patentability was finally confirmed on September 8, 2002. The USPTO issued Reexamination Certificate which, inter alia: (a) confirmed the patentability of claims 1 – 17; (b) determined that claims 18 and 19 were patentable as amended in the Reexamination Certificate; and (c) determined claim 20, which is dependent upon a reexamined amended claim, was also patentable. The Reexamination Certificate is attached hereto as **Exhibit "A-2."**

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

### THE ONGOING WILLFUL INFRINGEMENT

23.    In 2020, Discovery Schools, Inc., IDH's assignor, initiated an investigation of school-based student pick-up systems and located the PikMyKid student dismissal system (herein after the "PMK Dismissal System"). Late in 2025, IDH again investigated PMK's Dismissal System. The recent investigation located online materials describing the PMK Dismissal System, now jointly owned and operated by Defendants PMK-34. *See* **Exhibit "C-1."**

24.    Details of the PMK Dismissal System are explained online at pikmykid.com. PMK-34 provides online demonstrations of the PMK Dismissal System. *See* **Exhibit "C-2"** (image captured during a public demonstration of the PMK-34 system on April 23, 2026).

25.    As described in the specification and claimed in at least Claims 1, 10, and 18 of the '239 Patent, each parent is provided a unique code carrier. *See* **Exhibit A-1**, Claim 1, Col, 14, Line 10 (herein "C1:14:10") and C10:15:14; C18:16:17. The code carrier may be a hangtag, QR code, bar code sticker, or an APP on parent's phone. The PMK system uses the parents' phones to hold a unique code that is communicated to the PIKMYKID system when the parent is on campus. *See* **Exhibit "C-2"** (parent announced arrival by geofence about the school), and **Exhibit "C-3"** (with the "parent App ... on] their smartphone[]. . . they . . . announce themselves."); pg. 4 ("Each child has their own Dismissal ID").

26.    One example of a code carrier carrying a code associated with the infringing PMK Dismissal  System is depicted in videoes on PMK-34's website (https://www.pikmykid.com/community/pikmykid-parent-app-101),                  and (https://vimeo.com/743556481/37d3d1fab0?fl=pl&fe=vl) at 1:48.

27.    As described in the specification and claimed in at least Claims 1, 10, and 18 of the '239 Patent, a code reader identifies the code stored on the code carrier when the parent is in proximity of the school. **Exhibit A-1**, C1:14:11-13, C10:15:15-17; C18:16:18-20. A processor is communicatively coupled to the code reader. That processor searches a database stored in memory and that database connects the parent who just arrived to a student associated with that parent. **Exhibit A-1**, C1:14:14-21, C10:15:18-24; C18:16:21-39. The infringing PMK Dismissal System has each of these features. *See* **Exhibit C-1**, pg. 6 (parent announce themselves via an APP); s*ee also* **Exhibit C-2** (parent announced by geofence); and **Exhibit C-3**, pg. 3 (parent App on smartphones); and video at https://vimeo.com/743556481/37d3d1fab0?fl=pl&fe=vl (0:46 s) ("As you arrive on campus your announce button ... become[s] active [and] the green toggle is ... the student[] you are choos[e] to announce"). The PMK System uses a computer processor and associated memory, to match the parent Phone ID (by way of a phone APP) to the parent name, and the student name, and the assigned teacher name or classroom location in order to facilitate an orderly dismissal. "Teachers use their

phones to log in to the Pikmykid portal and dismiss the students to the carline." *See* **Exhibit C-1**, p. 10; *see also* **Exhibit C-3** (explaining that the teacher is notified of the student's dismissal call).

28.    The PMK Dismissal System includes a central computer that receives a check-in from each parent's phone that identifies that parent based upon the cellphone signal the Phone ID). It then matches that parent to one or more students and to the classroom of dismissal area where that student is located. *See* **Exhibit C-1**, p. 2, (visually showing a teacher in a classroom with an explanatory caption: "Teachers get notified to *send out each student*").

29.    As described in the specification and claimed in at least Claims 1, 10, and 18 of the '239 Patent, a plurality of displays are located in different locations within a school. **Exhibit A-1**, C1:14:22-24, C10:15:25-28; C18:16:13-15. The PMK Dismissal System has this feature. *See* **Exhibit C-3**, pg. 3 ("The dispatcher app is a tablet based app for School Staff for managing real-time dismissal actions"); *see also*, **Exhibit C-1**, pp. 7 and 10 (The PMK "Student Dispatcher ... lets staff control real-time dismissals as parents arrive at school ... any device with a browser, such as tablets, computers, or phones," and "[t]eachers use their phones to log in to the Pikmykid portal and dismiss the students to the carline.").

30.    As described in the specification and claimed in at least Claims 1, 10, and 18 of the '239 Patent, all of the structures recited above are used to complete the

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

method of using the code reader to identify the code held by the mobile code carrier, searching the data structure with the code to identify at least one target, e.g., a student, and at least one location where the at least one target student is located, and displaying, to one of a plurality of displays at the at least one location. a predetermined message uniquely related to the at least one target student. **Exhibit A-1**, C1:14:25-31, C10:15:28-34; C18:16:29-39. As identified above, the PMK Dismissal System completes each of these steps. Each teacher's cellphone or tablet informs that teacher when a parent has arrived to pick up a child in that teacher's class. *See* **Exhibit C-1**, p. 2, (visually showing a teacher in a classroom, captioned "Teachers get notified *to send out each student*"); *see also*, **Exhibit C-1**, p. 10 ("Teachers use their phones to log in to the Pikmykid portal and dismiss the students to the carline"); and **Exhibit C-3**, pg. 3 ("This is where teachers see when parents have announced and where they dismiss the children, or they board children to the buses"). The teacher is not distracted by information pertaining to other students in other classes.



31.    The PMK Dismissal System includes a database that contains the students and their locations throughout the day. **Exhibit "C-4"**, pg. 1 ("We have access to Data only as requested by the School and Parents and only for the purposes of performing Services on the School's behalf. [W]e receive Student Data only from the School and Parents."). The PMK Dismissal System has location data in the database, either as a teacher in a certain classroom (see **Exhibit C-1**, p. 2), or as the teacher's name which is commonly used in the student dismissal database.

32.    The PMK database is used to match the code to the student to determine where the student is located in the building and the teacher or classroom at any given time. PMK Dismissal System allows school staff to instantly see the names of the students ready to be released with a student-specific dismissal message and enables

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

the student's assigned teacher to filter dismissal messages solely to students assigned to that teacher. *See* https://www.youtube.com/watch?v=yNgEtnQwF74 at 0:39 seconds ("On campus, staff have a quick and easy way to account for every student's whereabouts all from one place, the PikMyKid platform. Whether it's taking attendance, monitoring student movement in the hallways, or dismissing students to the right person at the right time, schools can ensure students are safe with a streamlined process."). As explained during the public demonstration of the PMK Dismissal System on April 23, 2026 by PMK-37, teachers in the classroom "filter" the list of students to be dismissed on the teacher's tablet or cellphone display. This filtering provides a unique electronic dismissal notice that the student/target, in the teacher's classroom, is to be dismissed from that classroom location.

33. The only conclusion that can be reached is that the PMK Dismissal System is identical or at least substantially similar to IDH's patented system.

34. Based on the foregoing, the PMK Dismissal System directly infringes one or more claims in the '239 Patent. Alternatively, IDH asserts that, at a bare minimum, PMK-37 infringes one or more of said claims of the '239 Patent under the doctrine of equivalents.

35. PMK-37 makes, sells, and offers to sell its PMK Dismissal System.

36. PMK-37 also induces its school-based customers to practice the claimed inventions in the '239 Patent by selling its PMK Dismissal System and

instructing schools how to use the invention in the '239 Patent and thereby infringes one or more of the claims of the '239 Patent. *See e.g.*, **Exhibit C-3** ("The parent App is available for parents on their smartphones. . . This is where they make changes, receive real-time notifications and announce themselves in the car/walker line"; "The school dashboard is an interactive and dynamic platform in which the Schools can manage the student and parent information, dismissal plan change requests from parents, Daily reports, access to the Pikmykid Messenger, among others"; "The dispatcher app is a tablet based app for School Staff for managing real-time dismissal actions during the normal dismissal time. This is where teachers see when parents have announced and where they dismiss the children, or they board children to the buses"); *see generally* **Exhibit "C-5"** (PikMyKid Parent App Guide).

37.   PMK-34 induces its school-based customers to infringe by (i) instructing school personnel how to use the student dismissal software platform; (ii) providing user guides, promotional materials, videos, and advertisements; (iii) onboarding school personnel; and (iv) providing technical support and other related assistance for the PMK Dismissal System.

38.   PMK-34 is a contributory infringer because the dismissal software is a centralized platform, with a web server-browser module, connected to the parent's cellphone, via a mobile APP, and the teacher's cellphone, via another mobile APP, to coordinate student dismissals from specific classroom locations. The PMK

Student Dismissal System is the critical, material element used by PMK-34's school-based customers. The PMK Dismissal System cannot be described as a staple in commerce. It is unique to an automated student dismissal system.

39.   Due to PMK-34's acts of infringement, IDH has suffered and will continue to suffer economic damages from such infringing activity.

40.   IDH has been and will continue to be irreparably harmed by these continuing acts of infringement because compensatory damages are inadequate to compensate IDH.

41.   As a result of PMK-34's infringing conduct, IDH has been required to engage the undersigned counsel to pursue its interests in this matter, and is obligated to pay the undersigned a reasonable attorneys' fee for their services, and to reimburse the undersigned for any costs incurred in connection with said representation.

<u>NOTICE AND KNOWLEDGE</u>

42.   Prior to the filing of this action, PikMyKid received notice and had actual knowledge of the '239 Patent and its infringement.

43.   On June 25, 2020, Mr. Rogers, owner of Discovery Schools, Inc. (IDH's patent assignor), sent a letter to PikMyKid identifying the '239 Patent and expressly notifying PikMyKid that the "patent covers the PikMyKid system[,]" thereby placing PikMyKid on notice that its PMK Dismissal System fell within the

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

scope of the '239 Patent and infringed one or more of its patent claims. *See* **Exhibit "D"**, p. 1.

44. Late in 2025, IDH sent two follow-up letters to PikMyKid, notifying PikMyKid that IDH was the owner of the '239 Patent and reaffirming that the PMK Dismissal System was using technology covered by the rights of the '239 Patent. *See* **Exhibit D**, pp. 2 and 4.

45. To date, PikMyKid has failed to respond, acknowledge, or otherwise engage with IDH regarding the foregoing notices.

46. Irrespective of PikMyKid's actual knowledge of the '239 Patent and its infringement at least as early as June 25, 2020, and certainly no later than November 20, 2025, PikMyKid continued, and now PMK-34 continues to infringe IDH's '239 Patent by making, using, selling, offering for sale, supporting, inducing use of the accused system, and providing material systems and functions as contributory infringers. PikMyKid, and now PMK-34, is thus aware that its actions directly infringe, induces infringement by others, and contributorily infringes at least Independent Claim 1 of the '239 Patent and one or more patent claims, by making, using, inducing others to use, selling, and offering to sell the accused PMK Dismissal System.

47. As such, PikMyKid's and PMK-34's continued infringement after obtaining knowledge of the '239 Patent, especially should such conduct continue

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

following institution of this litigation, is indisputably willful, thereby entitling IDH

to enhanced damages under 35 U.S.C. § 284, and, upon further proof, attorney's fees

pursuant to 35 U.S.C. § 285.

### COUNT I: INFRINGEMENT OF U.S. PATENT NO. '239
*(35 U.S.C. § 271 – Direct, Induced, & Contributory Patent Infringement)*

48.    IDH realleges and reavers paragraphs one (1) through (47) as if fully

set forth herein.

49.    This is an action for patent infringement pursuant to the Patent Act, 35

U.S.C. § 271.

50.    PMK-34 directly infringe the '239 Patent.

51.    PMK-34 induces its customers to infringe the '239 Patent.

52.    PMK-34 engages in contributory infringement because the PMK

Dismissal System sold, promoted, installed, and supported by PMK-34 is a critical,

material element used by PMK-34's school-based customers. The PMK Dismissal

System is not a staple in commerce. It is unique to an automated student dismissal

system.

53.    PikMyKid acquired actual knowledge of IDH's '239 Patent through

IDH's pre-suit correspondence, namely, three (3) notice letters which specifically

identified the '239 Patent and the exclusive patent rights therein first owned by

Discovery Schools, Inc., and now by IDH. *See* **Exhibit D**.

54.    As more fully set forth above, PMK-34 has willfully infringed, and

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

continues to willfully infringe, literally and/or under the doctrine of equivalents, at least Independent Claim 1 of the '239 Patent and one or more patent claims, by making, using, inducing others to use, selling, and offering to sell the accused PMK Dismissal System.

55.    PMK-34's willful actions and refusal to honor IDH's exclusive patent rights have caused, and continue to cause, economic and irreparable harm to IDH.

56.    There is no adequate remedy at law that can fully compensate IDH for the deprivation of its patent rights, namely those granted under the '239 Patent, especially because the property at issue concerns intellectual property.

57.    PMK-34's failure to respond to both notice letters, in conjunction with its continued infringement, constitutes flagrant conduct warranting enhanced damages under 35 U.S.C. § 284.

**<u>PRAYER FOR RELIEF</u>**

**WHEREFORE**, Plaintiff INNOVATIVE DESIGN HOLDINGS, Inc. (IDH), by and through the undersigned, hereby respectfully demands judgment against Defendants, PikMyKid, and 34ED for the full amount of damages sustained, including, but not limited to, any and all remedies available pursuant to the Patent Act, 35 U.S.C. §§ 271, *et. seq.*, which include, but are not limited to, no less than a reasonable royalty award, lost profits, treble damages, costs, pre and post judgment interest at the maximum allowable rate, attorneys' fees, permanent injunction

**Concept Law Group, P.A.**
6400 N Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309 | T: (754) 300-1500 | F: (754) 300-1501

enjoining Defendants, PikMyKid and 34ED and all those in active concert and participation with it, from using, making, selling, marketing, distributing, transferring, or otherwise infringing on the claims of the '239 Patent, and such other and further relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff INNOVATIVE DESIGN HOLDINGS, INC., hereby demands trial by jury of all issues so triable as a matter of law.

**Dated this 4th day of May, 2026.**

Respectfully Submitted,

/s/ Alexander D. Brown/
ALEXANDER D. BROWN, ESQ.
FLA. BAR NO. 902761
Abrown@conceptlaw.com
SCOTT D. SMILEY, ESQ.
FLA. BAR NO. 678341
Scott@conceptlaw.com
ROBERT C. KAIN, JR., ESQ.
FLA. BAR NO. 266760
Rkain@conceptlaw.com
SCARLET RIVIERE, ESQ.
FLA. BAR NO. 1064415
Sriviere@conceptlaw.com

THE CONCEPT LAW GROUP, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Florida 33309
Tel: 754.300.1500; Fax: 754.300.1501
*Counsel for Plaintiff*