AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Innovative Design Holdings, Inc. a Delaware Corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sachi Tech, Inc., d/b/a PikMyKid, a Delaware Corporation, and 34ED, LLC, d/b/a CENTEGIX, a Delaware Limited Liability Company <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 8:26-cv-01310-MSS-NHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Corporation Trust Company,
Attn: Sachi Tech, Inc., d/b/a PikMyKid,
Corporation Trust Center,
1209 Orange Street,
Wilmington, DE 19801
Tel: (302) 658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander D. Brown,
The Concept Law Group, P.A.,
6400 North Andrews Ave., Suite 500,
Fort Lauderdale, FL 33309
Tel: (754) 300-1500
Email: ABrown@conceptlaw.com and Litigation@conceptlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Emmanuel Philantrope

Date:  May 5, 2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Innovative Design Holdings, Inc. a Delaware Corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sachi Tech, Inc., d/b/a PikMyKid, a Delaware Corporation, and 34ED, LLC, d/b/a CENTEGIX, a Delaware Limited Liability Company <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 8:26-cv-01310-MSS-NHA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corporation Service Company,
Attn: 4ED, LLC, d/b/a CENTEGIX,
251 Little Falls Drive,
Wilmington, DE 19808
Tel: (302) 636-5401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander D. Brown,
The Concept Law Group, P.A.,
6400 North Andrews Ave., Suite 500,
Fort Lauderdale, FL 33309
Tel: (754) 300-1500
Email: ABrown@conceptlaw.com and Litigation@conceptlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Emmanuel Philantrope

Date:  May 5, 2026

*Signature of Clerk or Deputy Clerk*