**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**INNOVATIVE DESIGN
HOLDINGS, INC.,**

**Plaintiff,**

**v.**

**SACHI TECH, INC., d/b/a
PIKMYKID and 34ED, LLC,
d/b/a CENTEGIX,**

**Defendants.**

**Case No.: 8:26-cv-01310-MSS-NHA**

**UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT AND
TO FILE CASE MANAGEMENT REPORT**

Defendants Sachi Tech, Inc., d/b/a PikMyKid and 34ED, LLC, d/b/a Centegix (collectively, "Defendants") hereby respectfully move for (1) an extension of time to file an answer or other responsive pleading to the Complaint, Dkt.1, filed by Plaintiff Innovative Design Holdings, Inc. ("Plaintiff") up to and including July 1, 2026 and (2) an extension of time for the parties to file the Case Management Report ("CMR") under Local Rule 3.02(b) up to and including July 29, 2026 (the "Motion").

In support of the Motion, Defendants state as follows:

1.      On May 11, 2026, Plaintiff filed its Complaint alleging patent infringement against Defendants. Dkt. 1 ("Complaint").

2.     Defendants' counsel sent an email to Plaintiff's counsel on May 19, 2026 requesting an extension of time until July 1, 2026 for Defendants to respond to the Complaint.  On May 21, 2026, counsel for Plaintiff stated in an email that Plaintiff does not oppose Defendants' request.

3.     Defendants request an extension of the deadline to respond to the Complaint to July 1, 2026 to permit time to evaluate the claims and defenses relevant to this case and prepare responsive papers.  This Motion is filed before the date that Defendants' response to the Complaint is due.  There have been no previous requests for an extension of time to respond to the Complaint.

4.     Under Local Rule 3.02(b), the parties are required to file a CMR within forty (40) days after any defendant appears in the action, unless the Court orders otherwise.  To prepare the CMR, the parties must discuss and propose a schedule for the case, as well as address discovery limits, electronic discovery procedures, and other case management issues such as settlement or alternative dispute resolution.

5.     In this case, the first appearance on behalf of Defendants was made on May 27, 2026.  Accordingly, under Local Rule 3.02(b), the CMR would ordinarily be due forty (40) days later, which is July 6, 2026. However, Defendants are seeking to extend the deadline to the Complaint to July 1, 2026.  The parties will be able to more meaningfully confer and prepare the CMR—including discussing the case schedule, discovery, and settlement—after Defendants have filed that response.

6.      Therefore, Defendants seek a modest extension of the CMR deadline to July 29, 2026, which is twenty-eight (28) days after the deadline for Defendants' response to the Complaint.  On May 26, 2026, counsel for Plaintiff stated in an email that Plaintiff does not oppose Defendants' request.  This adjustment is reasonable and consistent with the intent of Local Rule 3.02(b), as it allows the parties sufficient time to evaluate the pleadings and any motions, and to confer meaningfully regarding the matters required to be addressed in the CMR.  There have been no previous requests for an extension of time to file the CMR.

7.      Under Rule 6(b) of the Federal Rules of Civil Procedure, this Court may order extensions of time before the expiration of the original deadlines for good cause shown.  As addressed above, there is good cause for the extensions, the extensions are sought in good faith and before the original deadlines have expired, no party will be prejudiced by the extensions, and the extensions are not being sought for the purpose of delay. This Motion is not a responsive pleading to Plaintiff's Complaint and is filed without prejudice to any defenses that may be asserted in a responsive pleading or motion.

WHEREFORE, Defendants request entry of an Order granting this unopposed Motion and (1) extending the deadline for Defendants to file a response to the Complaint up to and including July 1, 2026 and (2) extending the deadline for the parties to file the CMR up to and including July 29, 2026.

Respectfully submitted this 27th day of May 2026.

/s/ Ross E. Linzer
Ross E. Linzer
Florida Bar No. 0073094
**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Boulevard
Suite 4700
Miami, FL 33131
(305) 462-6000
rlinzer@kslaw.com

*Lead Counsel for Defendants Sachi Tech, Inc. d/b/a PikMyKid and 34ED, LLC, d/b/a Centegix*

Pro Hac Vice Application Forthcoming for:

Neel Chatterjee
**KING & SPALDING LLP**
245 Lytton Avenue
Suite 150
Palo Alto, CA 94301
(650) 422-6700
nchatterjee@kslaw.com

Russell E. Blythe
Ellen Y. Min
**KING & SPALDING LLP**
1180 Peachtree Street
Suite 1600
Atlanta, GA 30309
(404) 572-4600
rblythe@kslaw.com
emin@kslaw.com

4

Monte Cooper
**KING & SPALDING LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
(415) 318-1200
mcooper@kslaw.com

*Counsel for Defendants Sachi Tech, Inc.
d/b/a PikMyKid and 34ED, LLC, d/b/a
Centegix*

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), counsel for Defendants certify that the parties conferred about the relief requested herein, and Plaintiff does not oppose the relief sought in this Motion.

*/s/ Ross E. Linzer*
Ross E. Linzer

*Lead Counsel for Defendants
Sachi Tech, Inc. d/b/a PikMyKid and
34ED, LLC, d/b/a Centegix*

## CERTIFICATE OF SERVICE

I CERTIFY that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Ross E. Linzer*
Ross E. Linzer

*Lead Counsel for Defendants
Sachi Tech, Inc. d/b/a PikMyKid and
34ED, LLC, d/b/a Centegix*

5